IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JACQUELINE S.[1],

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

        Defendant.

No. 3:18-cv-00197-SB

ORDER

HERNANDEZ, District Judge:

Magistrate Judge Beckerman issued a Findings and Recommendation (#22) on March 8, 2019, in which she recommends that this Court reverse the Commissioner's decision and remand for further proceedings. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840

---

[1] In the interest of privacy, this Order uses only the first name and the initial of the last name of the non-governmental party in this case.

1 - ORDER

F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [22]. Accordingly, the Commissioner's decision is reversed and this case is remanded for further proceedings.

IT IS SO ORDERED.

DATED this 12 day of April, 2019.

MARCO A. HERNANDEZ
United States District Judge